## UNITED STATES *versus* JOHN GARLAND

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Appearance, writs of habeas corpus and certiorari with returns produced in open court *p. 475; (2) plea of not guilty *p. 485; (3) motion for discharge *p. 508; (4) recognizance discharged, recognizance taken *p. 514. *Journal 4:* (5) Complainant called MS p. 35: (6) nolle prosequi MS p. 46.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus and return; (3) writ of certiorari and return; (4) recognizance; (5) subpoena.

*1824–36 Calendar*, MS p. 21.